IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

NORTHERN DISTRICT OF TEXAS
FILED

DEC - 4 2006

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| MARGARITO CHAVEZ-QUIROZ, | § | |
| | § | |
| Defendant-Petitioner, | § | |
| | § | No. 3:06-CV-1066-M |
| v. | § | No. 3:03-CR-144-M |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff-Respondent. | § | |
| | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Paul D. Stickney made findings, conclusions and a recommendation in this case. Petitioner filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this **4th** day of **December**, 2006.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE

Certified a true copy of an instrument
on file in my office on 12/4/06
Clerk, U.S. District Court,
Northern District of Texas
By_____ Deputy

1